**No. 61037.**—Elvic Import Corp. et al. v. United States, protests 212525–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 12, 1957

**No. 61038.**—Electrolux Corp. v. United States, protest 310078–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of electric floor polishers similar in all material respects to those the subject of Abstract 59814, the claim of the plaintiff was sustained.

**No. 61039.**—David Traum Co., Inc., and Cohen & Mann v. United States, protest 273165–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of tracing wheels, wholly or in chief value of steel, not plated with platinum, gold, or silver, and chiefly used in the household to transfer pattern markings to fabrics prior to sewing the fabrics, the claim of the plaintiffs was sustained.